IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MESERET KEBEDE,**

    **Plaintiff,**

v.                                                    Civil Action No. 3:13-cv-110-JRS

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.,*

    **Defendants.**

## CONSENT ORDER ON
## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

This cause, having come before this Court by Plaintiff's and Defendant Experian Information Solutions, Inc.'s ("Experian") Consent Motion for Extension of Time to Respond to Discovery seeking an extension of time for Experian to have through and including July 31, 2013 to serve objections and responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

IT IS HEREBY ORDERED that the Motion is granted and Experian shall have through and including July 31, 2013 within which to serve objections and responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

SO ORDERED this __18th__ day of July, 2013.

**SO ORDERED**

/s/
James R. Spencer
United States District Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| *[signature]* | *[signature]* |
| David N. Anthony | Casey S. Nash |
| Virginia State Bar No. 31696 | Virginia State Bar No. 84261 |
| *Counsel for Experian Information Solutions, Inc.* | *Counsel for Plaintiff* |
| TROUTMAN SANDERS LLP | CONSUMER LITIGATION ASSOCIATES PC |
| 1001 Haxall Point | 1800 Diagonal Road, Suite 600 |
| Richmond, Virginia 23219 | Alexandria, VA 22314 |
| Telephone: (804) 697-5410 | Telephone: 703-273-6080 |
| Facsimile: (804) 698-5118 | Facsimile: 888-892-3512 |
| Email: david.anthony@troutmansanders.com | Email: casey@clalegal.com |

20592203v1