IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MESERET KEBEDE,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,

      Defendants.

Civil No. 3:13-cv-00110-JRS

## CONSENT ORDER ON AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

This cause, having come before this Court by Plaintiff's and Defendant Trans Union LLC's Agreed Motion for Enlargement of Time to Respond to Discovery seeking an extension of time for Plaintiff to have through and including July 31, 2013 to serve objections and responses to Trans Union's First Set of Interrogatories and Requests for Production of Documents and Trans Union to have through and including July 31, 2013 within which to serve objections and responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

IT IS HERE ORDERED that the Motion is granted and Plaintiff shall have through and including July 31, 2013 within which to serve objections and responses to Trans Union's First Set of Interrogatories and Requests for Production of Documents.

IT IS FURTHER ORDERED that Trans Union shall have through and including July 31, 2013 within which to serve objections and responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

SO ORDERED this the 18th day of July, 2013.

SO ORDERED

/s/
James R. Spencer
United States District Judge

WE ASK FOR THIS:

/s/ Casey S. Nash

Casey S. Nash, VSB# 84261
Consumer Litigation Associates, P.C.
1800 Diagonal Rd, Ste 600
Alexandria, VA 22314
Phone: (703) 273-7700
Fax:    (888) 892-3512
casey@clalegal.com
*Attorney for Plaintiff*

WE ASK FOR THIS:

*Grant E. Kronenberg*
Grant E. Kronenberg, VSB #65647
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218
Phone: 804-344-6334
Fax: 804-344-8359
gkronenberg@morrismorris.com
*Attorney for Trans Union, LLC*