**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

MESERET KEBEDE,     :
           :
  Plaintiff,     :
           :
v.          :   Case No. 3:13cv110
           :
EQUIFAX INFORMATION SERVICES :
LLC, et al.,       :
           :
  Defendants.    :

## NOTICE OF SETTLEMENT

  Plaintiff, by counsel, hereby notifies this Honorable Court that she has resolved her claims against Defendant Equifax Information Services, LLC, and a dismissal order with respect to this Defendant only will be tendered to the Court for its consideration shortly.

        Respectfully submitted,
        **MESERET KEBEDE,**


        By:_____/s/_____
            Of Counsel

Casey S. Nash, VSB No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
Email: casey@clalegal.com
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, a true and correct copy of the foregoing was sent via electronic mail and First Class Mail to the following counsel of record:

Grant E. Kronenberg
MORRIS & MORRIS, P.C.
P.O. Box 30
11 s. 12th Street, 5th Floor
Richmond, VA 23218
Tel.    (804) 344-6334
Fax.    (804) 344-8359
Email: gkronenberg@morrismorris.com
*Attorney for Trans Union, LLC*

John W. Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Ste. A-1
Richmond, VA 23230
Tel.    (804) 355-8744
Fax.    (804)355-8748
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Service, LLC*

David N. Anthony
Troutman Sanders LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
Tel.    (804) 697-5410
Fax.    (804) 698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

_____/s/_____
Casey S. Nash, VSB No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:    (888) 892-3512
casey@clalegal.com
*Counsel for the Plaintiff*