IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)
In Case Number: 3:13-cv-110, Case Name: Mesert Kebede v. Experian Information Solution, Inc., et al.

Party Represented by Applicant: Experian Information Solutions, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please): Britney Sue Edwards
Bar Identification Number: 986050     State: District of Columbia
Firm Name: Jones Day
Firm Phone #: (202) 879 – 3939    Direct Dial #: (202) 879 – 3468    FAX #: (202) 626 – 1700
E-Mail Address: bsedwards@jonesday.com
Office Mailing Address: 51 Louisiana Avenue, NW, Washington, DC 20001
Name(s) of federal court(s) in which I have been admitted None

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/David N. Anthony                    08/21/2013
(Signature)                            (Date)

David N. Anthony
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)                    (Date)
#1759535